Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRANDON DEWOLFE,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | 6:16-CV-00543-BR<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

After considering Plaintiff's Unopposed Motion, Plaintiff's Motion is hereby granted as follows: Merrill Schneider is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $34,997.25, out of which Plaintiff shall be refunded the $13,53625 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293, consistent with this order.

Dated this 10th day of December, 2020.

/s/ Anna J. Brown
_____
Anna J. Brown
United States Senior District Judge